Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-cr-00017-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER |
| v. | ) ) | THEREON |
| CHRISTOPHER CONDON, | ) ) | |
| Defendant. | ) ) ) | |

The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: December 29, 2011            NATIONAL PARK SERVICE

/S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   January 3, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1